J-S03023-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| ARNOLD KING | |
| Appellant | No. 1588 EDA 2014 |

Appeal from the PCRA Order April 30, 2014
In the Court of Common Pleas of Philadelphia County
Criminal Division at No(s): CP-51-CR-0510261-1979

BEFORE:  FORD ELLIOTT, P.J.E., PANELLA, J., and OTT, J.

JUDGMENT ORDER BY PANELLA, J.                **FILED MARCH 24, 2015**

Appellant, Arnold King, appeals from the order granting restoration of his appellate rights from a November 19, 2008 order denying his fourth petition pursuant to the Post Conviction Relief Act ("PCRA").  King is currently serving a life-sentence after being convicted of murdering a deli owner during an armed robbery.  We quash the appeal, as King is not an aggrieved party of the order he has appealed.  **See** Pa.R.A.P., Rule 501; **Commonwealth v. Polo**, 759 A.2d 372, 373 n.1 (Pa. 2000).  We further note that the PCRA court was without jurisdiction to grant *nunc pro tunc* relief pursuant to King's fifth, untimely amended petition, which did not allege any exceptions to the PCRA's time bar.  **See Commonwealth v. Wharton**, 886 A.2d 1120, 1125-1126 (Pa. 2005).

Appeal quashed.  Jurisdiction relinquished.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: 3/24/2015